RECEIVED
JAN 1 0 2024
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 3:24-cr-4 |
| ) | |
| v. ) | **INDICTMENT** |
| ) | |
| JODI LEIGH COVINGTON, ) | T. 18 U.S.C. § 1343 |
| ) | |
| Defendant. ) | |

**THE GRAND JURY CHARGES:**

**INTRODUCTION**

At all times material to this Indictment:

1. JODI LEIGH COVINGTON is a resident of Keota, Iowa, in the Southern District of Iowa.

2. Ultimate Escapes Travel, LLC is a limited liability company in Iowa doing business as "Ultimate Escapes Travel."

3. "Ultimate Escapes Travel" performs travel agent services in the Southern District of Iowa and elsewhere. It is based in Johnson County, Iowa, in the Southern District of Iowa. It is owned and operated by an individual identified herein as Owner #1.

4. Between approximately May 2009, and March 2, 2019, Ultimate Escapes Travel employed JODI LEIGH COVINGTON as an independent contractor.

5. Square is a financial services platform that allows businesses to accept credit card payments and use phones and tablets as payment registers for a point-of-sale system. Accounts are created by completing an application using online access via the internet. Once an application is approved, and an account is created, credit card payments are processed through the point-of-sale system by online access via the internet. The computer servers Square utilizes to facilitate both the application process via the internet and the point-of-sale transactions via the internet are located outside the State of Iowa.

6. American Express Company is a financial services company that provides credit cards to its customers. The computer servers American Express utilizes to facilitate its credit card transactions via the internet are located outside the State of Iowa.

7. Ultimate Escapes Travel, as operated by Owner #1, maintains a credit card account with American Express Company.

8. People's Trust and Savings Bank is a financial institution offering a variety of services to its account holders, including credit card services. Some of the computer servers People's Trust and Savings Bank utilizes to facilitate its credit card transactions via the internet are located outside the State of Iowa.

9. WCCR, LLC operates, among other entities, the Riverside Casino and Golf Resort in Riverside, Iowa. As part of that operation, WCCR, LLC maintains a credit card account with People's Trust and Savings Bank.

## MANNER AND MEANS OF THE SCHEME

10.  The Grand Jury re-alleges and incorporates by reference paragraphs 1-9 of this Indictment as though fully set forth herein.

11.  Prior to on or about January 10, 2018, the defendant, JODI LEIGH COVINGTON, by online access via the internet, created an account with Square falsely representing that this account was held by Ultimate Escapes Travel, when in fact she personally controlled this account. The Square account was linked to COVINGTON's personal Federation Bank account.

12.  JODI LEIGH COVINGTON had no authority from Ultimate Escapes Travel to open the Square account.

13.  Beginning on or about January 10, 2018, and continuing through on or about February 19, 2019, on at least one-hundred and nineteen (119) occasions, using the Square account she created in the name of Ultimate Escapes Travel, the defendant, JODI LEIGH COVINGTON, transferred payment from customers to the Square account she controlled, falsely misrepresenting that these credit transfers would be applied as payment to the travel and tour vendors (airline provider, cruise line provider, etc.) as the customers expected.

14.  The funds JODI LEIGH COVINGTON transferred during these 119 transactions totaled approximately $229,000.

15.  On or about between January 9, 2019, and March 2, 2019, JODI LEIGH COVINGTON accessed the American Express credit card associated with the

Ultimate Escapes American Express account operated by Owner #1 Utilizing the internet, on approximately forty-one (41) occasions, JODI LEIGH COVINGTON actively concealed her false misrepresentations related to Square Account payments by charges to this Ultimate Escapes American Express account to make payments to the travel and tour vendors Ultimate Escapes' customers originally intended to pay.

16. JODI LEIGH COVINGTON was not authorized to use the credit card associated with the Ultimate Escapes American Express account.

17. On or about February 15, 2019, JODI LEIGH COVINGTON accessed WCCR, LLC's People's Trust and Savings Bank credit card account. Utilizing the internet, on three (3) occasions, JODI LEIGH COVINGTON charged WCCR, LLC's People's Trust and Savings Bank credit card account to make payment to Ultimate Escapes to actively conceal funds obtained fraudulently and without authorization with the Square account and the Ultimate Escapes American Express account.

18. JODI LEIGH COVINGTON was not authorized to use the credit card associated with WCCR, LLC's People's Trust and Savings Bank credit card account.

## COUNTS 1 - 6
### (Wire Fraud)

19. The Grand Jury realleges and incorporates by reference paragraphs 1-18 of this Indictment as though fully set forth herein.

20. On or about January 17, 2019, February 1, 2019, February 2, 2019, February 4, 2019, February 7, 2019, and February 8, 2019, in the Southern District of Iowa and elsewhere, the defendant JODI LEIGH COVINGTON, having devised and executed, and attempted to devise and execute, the above-described scheme and artifice to defraud, and for obtaining money or property by means of material false and fraudulent pretenses, representations, and promises, transmitted, and caused to be transmitted by means of wire communication in interstate commerce, electronic communications, writings, signals, and pictures, described below, each constituting a separate count of this Indictment.

| Count | Date (on or about) | Description of electronic communication |
|---|---|---|
| 1 | January 17, 2019 | Square transaction with customer ID RE9X4NC4V94YCGKPBJ4E5S1V5W in the amount of $2300.00 |
| 2 | February 1, 2019 | American Express Transaction to Excellence Oyster Bay in the amount of $4075.00. |
| 3 | February 2, 2019 | American Express Transaction to Excellence Oyster Bay in the amount of $8400.00. |
| 4 | February 4, 2019 | American Express Transaction to Royalton White Sands in the amount of $8793.00. |
| 5 | February 7, 2019 | Square transaction with customer ID QFSJFCQC4D3W6ST1R8M0CVKGWW in the amount of $6543.11. |
| 6 | February 8, 2019 | Square transaction with customer ID 059PKHMV0163CMR71XTRX2GVBR in the amount of $4272.97. |

Each in violation of Title 18 United States Code, Section 1343.

**A TRUE BILL.**

FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Will R. Ripley
Assistant United States Attorney